**CSD 1182** [08/28/14]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

BANKRUPTCY NO.

Tax I.D.(EIN)#:_____/S.S.#:XXX-XX-_____ Debtor.

**NOTICE OF MOTION FOR** _____

TO:

    You are herewith served with the attached Motion by _____, Movant,

for:

and any accompanying declarations.

    If you object to the Court granting the relief requested in the Motion:

1.   **YOU ARE REQUIRED** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case. *If a Chapter 7, 11, or 12 case*, determine which deputy to call by looking at the Bankruptcy Case No. in the above caption of this notice. If the case number is followed by the letter:

    - MM - call (619) 557-7407 - DEPARTMENT ONE (Room 218)
    - LA - call (619) 557-6594 - DEPARTMENT TWO (Room 118)
    - LT - call (619) 557-6018 - DEPARTMENT THREE (Room 129)
    - PB - call (619) 557-5157 - DEPARTMENT FOUR (Room 328)
    - CL - call (619) 557-6019 - DEPARTMENT FIVE (Room 318)

2.   **WITHIN FOURTEEN (14)[1] DAYS FROM THE DATE OF SERVICE OF THE MOTION**, you are further required to serve a copy of your DECLARATION IN OPPOSITION TO MOTION and separate REQUEST AND NOTICE OF HEARING [Local Form CSD 1184[2]] upon the undersigned moving party, together with any opposing papers. The

---

[1]If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions as calculated by Fed. R. Bankr. P. 9006(f).

[2]You may obtain Local Form CSD 1184 from the office of the Clerk of the U.S. Bankruptcy Court.

**CSD 1182**                                                                   **[Continued on Page 2]**

        opposing declaration shall be signed and verified in the manner prescribed by Federal Rule of Bankruptcy Procedure 9011, and the declaration shall:

        a.    identify the interest of the opposing party; and

        b.    state, with particularity, the grounds for the opposition.

3. **YOU MUST** file the original and one copy of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

IF YOU FAIL TO SERVE YOUR "DECLARATION IN OPPOSITION TO INTENDED ACTION" AND "REQUEST AND NOTICE OF HEARING" within the 14-day[1] period provided by this notice, NO HEARING SHALL TAKE PLACE, you shall lose your opportunity for hearing, and the debtor or trustee may proceed to take the intended action.

DATED:

_____
Attorney for Moving Party

**CERTIFICATE OF SERVICE**

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on ____ day of _____, 20___, I served a true copy of the within NOTICE OF MOTION, together with the following pleadings [describe any other papers]:

by [describe here mode of service]:

on the following persons [set forth name and address of each person served] and/or as checked below:

[ ]    Attorney for Debtor (if required):

[ ]    For Chpt. 7, 11, & 12 cases:    [ ]    For ODD numbered Chapter 13 cases:    [ ]    For EVEN numbered Chapter 13 cases:

UNITED STATES TRUSTEE  
Department of Justice  
402 West Broadway, Suite 600  
San Diego, CA 92101

THOMAS H. BILLINGSLEA, JR., TRUSTEE  
401 West "A" Street, Suite. 1680  
San Diego, CA 92101

DAVID L. SKELTON, TRUSTEE  
525 "B" Street, Suite 1430  
San Diego, CA 92101-4507

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _____  
              (Date)

_____
(Typed Name and Signature)

_____
(Address)

_____
(City, State, ZIP Code)

**The Law Offices of Michelle Ghidotti**
Adam Thursby, Esq.
1920 Old Tustin Ave
Santa Ana, CA 92705

**Capital One**
POB 30281
Salt Lake City, UT 84130

**Cavalry Portfolio Service/GEMB**
500 Summit Lake Drive
Valhalla, NY 10595

**Cavalry Portfolio Service/HSBC**
500 Summit Lake Drive
Valhalla, NY 10595

**Cavalry SPV I, LLC**
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

**Cavalry SPV II, LLC**
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

**Equifax**
POB 105873
Atlanta, GA 30348

**Experian**
POB 2002
Allen, TX 75013

**Fan Distributing, LLC**
3300 Monroe Avenue, Suite 205
Rochester, NY 14618

**Federal National Mortgage Association**
(Fannie Mae) Creditor c/o Seterus, Inc.
PO Box 1047 Hartford, CT 06143-1047

**IC Sys Collections/Freedom Pest Control**
POB 64378
St. Paul, MN 55164

**LAW OFFICES OF LES ZIEVE**
LESLIE M. KLOTT, ESQ. #279622
30 Corporate Park, Suite 450
Irvine, CA 92606

**Michelle R. Ghidotti-Gonsalves, Esq.**
LAW OFFICES OF MICHELLE GHIDOTTI
5120 E. La Palma Ave. Ste. 206
Anaheim Hills, CA 92807

**Ocwen Loan Servicing**
POB 24738
West Palm Beach, CA 33415

**Ocwen Loan Servicing, LLC**
Leslie M. Klott, Esq.
LAW OFFICES OF LES ZIEVE
30 Corporate Park, Suite 450
Irvine, CA 92606

**Ocwen Loan Servicing, LLC**
Attn: Bankruptcy Department
P.O. Box 24605
West Palm Beach, FL 33416

**Sears/CBNA**
POB 6282
Sioux Falls, SD 57117

**Sears/CBNA**
POB 6282
Sioux Falls, SD 57117

**SYNCB/PayPal Smart Conn**
POB 965005
Orlando, FL 32896

**Trans Union Credit Information**
POB 2000
Chester, PA 19022

**U.S. Bank Trust N.A.**
c/o BSI Financial Services
1425 Greenway Drive, Ste. 400
Irving, TX 75038

**US Bank Trust National Association as Trustee**
c/o SN Servicing
323 5th street

Eureka CA 95501